No. 50953.—Protests 14193–K, etc., of S. H. Kresge Co. et al. (Baltimore, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.